# UNITED STATES COURT OF INTERNATIONAL TRADE

**UNITED STATES,**

**Plaintiff,**

**v.**

**BOYCELIK AMERICA, INC.,**

**Defendant.**

**Before: Claire R. Kelly, Judge**

**Court No. 26-03338**

## ORDER

Pursuant to Rule 16(b) of the Rules of the U.S. Court of International Trade ("USCIT"), unless otherwise ordered, the court shall issue a scheduling order no later than 90-days after assignment. USCIT R. 16(b). This matter was assigned to the court on October 22, 2026. Order of Assignment, Oct. 22, 2026, ECF No. 14. Accordingly, unless otherwise ordered, the court has until January 20, 2027, to issue such an order.

The court generally waits until all answers are filed before requesting counsel to confer and file a joint proposed scheduling order, in compliance with USCIT Rule 16. However, on September 22, 2026, Defendant filed a Motion to Dismiss the Amended Complaint in lieu of an answer. See ECF No. 9. Therefore, the court will defer issuing a Rule 16 letter until the resolution of the Motion to Dismiss and, if necessary, it is therefore

**ORDERED** that should the Motion to Dismiss be denied and a subsequent Answer be filed in this case, counsel for all parties shall confer with one another and file a joint proposed scheduling order that will achieve the purposes of USCIT Rule 16 with the Clerk of Court on or before 30 days from the submission of such Answer.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: October 23, 2026
New York, New York