**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br>v.<br>BOYCELIK AMERICA, INC.,<br>Defendant. | No. 26-03338<br>Judge Claire R. Kelly |

**NOTICE OF USE OF GENERATIVE ARTIFICIAL INTELLIGENCE AND CERTIFICATION**

Pursuant to the Order on Artificial Intelligence issued by the Honorable Claire R. Kelly on July 24, 2025 (the "AI Order"), defendant Boycelik America, Inc. ("Boycelik") provides this notice and certification regarding its Motion to Dismiss (the "Motion") filed on September 22, 2026 (ECF 9) in the above captioned case. At the time of filing, this case was not assigned, and the Court later assigned the case to Judge Kelly. Pursuant to the AI Order, Defendant provides the programs used, identifies the specific portions of text affected, and provides a certification that the use of such programs has not resulted in the disclosure or business proprietary information to any unauthorized party.

1. **Programs Used and Portions of Text Effected**

Defendant utilized two generative artificial intelligence programs in drafting isolated portions of the Motion: Aurora and Harvey AI. Both programs provided suggested revisions to specific areas of text in the Motion to Dismiss, as identified below. Counsel reviewed these portions and further revised and edited them. These platforms provided suggested language to the following sentences :

a. Memorandum of Law – The citation to the CBP website in the last paragraph on pages 3, which runs onto page 4. The platform only revised the format of the citation.

b. Memorandum of Law – The sentence forming the first full paragraph on page 4.

c. Memorandum of Law – The second sentence in the second full paragraph on page 19.

d. Memorandum of Law – The second to last sentence in the first paragraph and first sentence of first full paragraph on page 20.

e. Memorandum of Law – On page 24, the first sentence of the first paragraph and the second sentence of the second paragraph.

f. Memorandum of Law – Footnote 11 on Page 26.

Counsel reviewed the suggested language and edited the language into its final form. All other text in the Motion to Dismiss, Proposed Order, and Memorandum of Law was drafted by Counsel without using a generative artificial intelligence program. Additionally, this Notice, the Notice of Appearance, and Form 13 were prepared without such a program.

**2. Certification of Nondisclosure of Confidential or Business Proprietary Information**

Defendant certifies that the use of these programs has not resulted in the disclosure of any confidential information or business proprietary information to any unauthorized party. The Motion relies upon public sources, including information filed in the public docket in this action, and no information subject to a protective order, administrative protective order, or business proprietary treatment, in this action or any other proceeding, was entered into any of the programs.

DATE: NOVEMBER 23rd, 2026

NIXON PEABODY LLP

By: ______________________

John R. Sandweg
jsandweg@nixonpeabody.com
Joseph B. Maher
jmaher@nixonpeabody.com
Katherine E. M. McQuillen
kmcquillen@nixonpeabody.com

799 9th Street NW
Suite 500
Washington, DC 20001-5327
Telephone: 202-585-8000
Facsimile: 202-585-8080

*Counsel for Defendant*